AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

ABDURAHAM MOHAMMED AND JINOW GUDAL
          Plaintiff (s),

V.

City of Morgan Hill et.al.
          Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV-10-05630 JF

Notice is hereby given that, subject to approval by the court, __State of California__ substitutes
                                                                     (Party (s) Name)

__Tom Blake__ , State Bar No. __51885__ as counsel of record in
(Name of New Attorney)

place of __Troy B. Overton__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:   Office of the Attorney General

Address:   455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004

Telephone:   (415) 703-5506     Facsimile (415) 703-5480

E-Mail (Optional):   Tom.Blake@doj.ca.gov

I consent to the above substitution.
Date:   3/24/2011
                                                                                 (Signature of Party (s))

I consent to being substituted.
Date:   3/24/2011
                                                                        (Signature of Former Attorney (s))

I consent to the above substitution.
Date:   3/24/2011
                                                                        (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   3/30/11
                                                                              Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  **Abdurahman Mohammed and Jinow Gudal v. City of Morgan Hill et.al.**
Case No.:   **CV-10-05630 PSG**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On March 24, 2011, I served the attached **Substitution of Attorney (AO 154)** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Abduraham Mohammed
5553 Walnut Blossom, Apt. 4
San Jose, CA 95123

Jinow Gudal
5553 Walnut Blossom, Apt. 4
San Jose, CA 95123

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 24, 2011, at San Francisco, California.

| Sylvia S. Wu | *Sylvia Wu* |
|---|---|
| Declarant | Signature |

SF2011900041
20422814.doc