**E-Filed 8/30/2011**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ABDURAHAM MOHAMMED, JINOW GUDAL,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MORGAN HILL, *et al.*,<br><br>Defendants. | Case No. 5:10-cv-05630 EJD (PSG)<br><br>ORDER[1] TERMINATING PENDING MOTIONS WITHOUT PREJUDICE |

The Court recently was informed that Plaintiff Abduraham Mohammed has died. In light of Mr. Mohammed's death, the Court hereby terminates all pending motions without prejudice. If she wishes to pursue any remaining claims in this action, Plaintiff Jinow Gudal must file an amended complaint within thirty (30) days from the date of this order.

**IT IS SO ORDERED.**

DATED: August 30, 2011

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication in the official reports.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ABDURAHAM MOHAMMED, JINOW GUDAL,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MORGAN HILL, *et al.*,<br><br>Defendants. | Case No. 5:10-cv-05630 EJD (PSG)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee of the Office of the Clerk, United States District Court, Northern District of California.

On August 30, 2011, I served a true and correct copy of the attached document to each of the persons hereinafter listed by placing said copy in a postage paid envelope and depositing said envelope in the United States mail, or by placing said envelope in the outgoing mail delivery receptacle located in the Clerk's Office:

Jinow Gudal
5553 Walnut Blossom
Apt 4
San Jose, CA 95123

DATED: August 30, 2011

For the Court
Richard W. Weiking, Clerk

By: _____/s/_____
Diana Munz
Courtroom Deputy Clerk

2

Case No. 5:10-cv-05630 EJD (PSG)
ORDER TERMINATING PENDING MOTIONS WITHOUT PREJUDICE
(JFLC1)