Abduraham Mohammed and Jinow Gudal
5553 Walnut Blossom, Apt. 4
San Jose, CA 95123
(408) 425-6521   (408) 659-9100
Plaintiffs in Pro Per.





RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA. SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Abduraham Mohammed and Jinow Gudal<br><br>Plaintiffs,<br><br>vs.<br><br>City of Morgan Hill, et al,<br><br>Defendants | Case No.: CV 10–05630 JF, EJD<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR JUDICIAL CLARIFICATION OF COURT ORDER ON AUGUST 30, 2011**<br><br>**To Be Determined** |

## INTRODUCTION

1. On August 30, 2011, Honorable Judge Jeremy Fogel sent an order to plaintiff Gudal terminating pending motions without prejudice and also stated in the order for plaintiff Gudal to amended complaint.

2. Plaintiff seeks clarification on that order. Does the court want plaintiff to amend parties or complaint itself?

3. Plaintiff Gudal gave two judicial notices to the court. One concerning the death of plaintiff Abduraham Mohammed pursuant to Rule 25(a)(2) (Noticing the Death on Record). And a second judicial notice regarding the courts proposed order that was in conflict of Rule 25(a)(2) The Judiciary Act of 1789 and the California Constitution of 1849.

Plaintiff Gudal feels very strongly about this case and the way her son was treated by Morgan

1  Hill police officers that eventually lead to his death. But does not want to get this court *angry* at
2  her by not amending complaint nor break any rules. Plaintiff Gudal is not an attorney, but feels
3  amending the complaint would not only violate Rule 25 and the Judiciary Act, but the California
4  Constitution as well. Plus the fact this would *prejudice* plaintiff Gudal by this order.

### THE COURT HAS THE AUTHORITY TO CLAIRLY
### THE BASES FOR ITS PRIOR ORDER

4. The order is interlocutory, and therefore the Court has inherent and plenary power to modify or clarify it at anytime before final judgment. See *City of Los Angeles, Harbor Division v. Santa Monica Baykeeper*, § 254 F.3d 882 (9th Cir. 2001); see also Fed Rule.Civ.Proc. 54(b).

### CONCLUSION

5. Plaintiff Gudal feels that further analysis of the courts order will help the parties proceed with this case or any future appeal. Therefore plaintiff Gudal respectfully request that the court clarify its original order by stating more specifically what the court wishes plaintiff Gudal to do.

Dated: 10/13/2011           Respectfully Submitted,

*Jinow Gudal*

Jinow Gudal, Beneficiary for Abduraham Mohammed

Case No.: CV 10-05630 JF, EJD

# PROOF OF SERVICE

FILED
2011 OCT 17 P 12:58
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. OF CA. SAN JOSE

I, __Adolfo Rojas__, hereby declare that I am over the age of 18 years and not a party to the within entitled cause of action; and that on 10/13/2011

I did serve

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR JUDICIAL CLARIFICATION

in the following manner:

_____ by personal service, I personally did deliver the above described documents.

__✓__ by first class United States Mail, post paid certified, in a sealed envelope.

_____ by phone communications transmission [FAX] a total of _____ pages.

Envelope(s) enclosed and mailed said documents in was addressed as follows:

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
One California Street, Suite 1100
San Francisco, CA  94111

KAMALA D. HARRIS
TYLER B. PON
TOM BLAKE
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004

GREGG A. THORNTON
DANIELLE K. LEWIS
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105

MIGUEL MARQUEZ
MARK BERNAL
OFFICE OF COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, CA  95110-1770

UNITED STATES DISTRICT COURT
280 South First Street
2nd Floor, Clerks Office
San Jose, CA  95113

Further, I declare under penalty of perjury that the foregoing is true and correct and that these documents were executed and mailed as above described within California on

Dated: __10/13/2011__

_____
Declarant