AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

ABDURAHAM MOHAMMED AND JINOW GUDAL

Plaintiff (s),

V.

CITY OF MORGAN HILL, et.al

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV-10-05630 EJD

Notice is hereby given that, subject to approval by the court, __State of California__ substitutes
(Party (s) Name)

__Daniel B. Alweiss__, State Bar No. __191560__ as counsel of record in
(Name of New Attorney)

place of __Tom Blake__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Office of the Attorney General

Address: 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004

Telephone: (415) 703-1276          Facsimile: (415) 703-5480

E-Mail (Optional): Daniel.Alweiss@doj.ca.gov

I consent to the above substitution.

Date: 2/22/2012

(Signature of Party (s))

I consent to being substituted.

Date: 2/22/2012

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 2/22/2012

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: February 24, 2012

United States District Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Abdurahman Mohammed and Jinow Gudal v. City of Morgan Hill et.al.**

No.:   **CV-10-05630 PSG**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On **February 23, 2012**, I served the attached **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Charles Wideman
P.O. Box 525
San Martin, CA 95046

Jinow Gudal
P.O. Box 525
San Martin, CA 95046

Hodan Mohammed
P.O. Box 525
San Martin, CA 95046

Sharmake Mohammed
P.O. Box 525
San Martin, CA 95046

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 23, 2012, at San Francisco, California.

| Blanca R. Sobalvarro | *(signature)* |
|---|---|
| Declarant | Signature |

SF2011900041
40535968.doc